# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE CO. | CIVIL ACTION NO. 17-0243 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| JOCEPHUS MELTON, ET AL. | MAGISTRATE JUDGE HAYES |

United Specialty Insurance Company ("United") has brought this action under 28 U.S.C. § 1335 to resolve potential claims against a $1,000,000 commercial liability policy held by Ravir Singh d/b/a Young's Transport, an alleged tortfeasor in a multi-vehicle collision. [Record Document 1]. Pursuant to the Court's authority under 28 U.S.C. § 2361,

**IT IS ORDERED** that if any party to this proceeding obtains a judgment against Ravir Singh d/b/a Young's Transport or United in any suit arising from the accident, the party is enjoined from seeking to enforce the judgment against United in any proceeding other than the instant suit, No. 17-cv-0243. The Court notes that the parties do not object to the entry of this injunction. [Record Document 81].

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 21 day of March, 2018.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE